# Exhibit 7

| AT&T Smartphones with Google Photos App preloaded in Android OS (See product list at end of chart for models) ||
|---|---|
| Infringement of the '774 patent ||
| Claim 1 | Evidence |
| 1. An image processing apparatus, comprising: | The AT&T Smartphone in combination with the preloaded Google Photos App provides an image processing apparatus.<br><br>For example, the Collage feature of the Google Photos App adapts the Smartphone to an image processing apparatus for creating a collage from multiple individual images stored in the Photos App.<br><br>Google Photos is great app for storing, sharing, and even editing the photos that you take with your phone. It isn't all business here though, and you can also use Google Photos' Assistant feature to create new collages, animations, and movies. These features are fairly small, but they're fun and easy to use.<br><br>[1] |
| at least one processing target unit image; | The AT&T Smartphone in combination with the preloaded Google Photos App has at least one processing target unit image.<br><br>For example, using the Collage feature the user selects multiple images, each being a processing target image, for inclusion in the collage. |

1

| | |
|---|---|
| | **How to create a new Collage**<br><br>Collages are created by choosing between two and nine different photos. After you've chose the ones that you like the most, Google will put them together in a collage for you, They're super simple to create, since all you need to do is choose the photos, and if you don't like the way that the collage comes out, you can always choose not to save it.<br><br>1. Open **Google Photos**.<br>2. Tap the icon for **Assistant** in the lower left corner of your screen.<br>3. Tap the purple **Collage icon** near the top of your screen.<br><br><br><br>4. Choose the photos you want in your collage.<br>5. Tap **Create** in the upper right corner of your screen.<br><br>[1] |
| a plurality of vacant unit storage areas arranged in a | The AT&T Smartphone in combination with the preloaded Google Photos App includes multiple vacant unit storage areas arranged in a matrix to |

2

| | |
|---|---|
| matrix to have images selectively inserted; and | have images selectively inserted.<br><br>For example, the Smartphone includes collage templates each with multiple vacant unit storage areas into which the selected images will be inserted.<br>For example, below is a collage that uses a template for six photos.<br><br>[11]<br>A different template is used for a collage that has three photos: |

3

| | |
|---|---|
| |  |
| a control unit controlling an access to each of the unit storage areas, | The AT&T Smartphone in combination with the preloaded Google Photos App includes a control unit controlling an access to each of the unit storage areas.<br><br>For example, the Smartphone as adapted by the Collage function controls access to each of the unit storage areas, whereby the selected images are inserted into the collage template when the user creates the collage. For example, after the user has selected the photos for the collage and clicks "Create", Google Photos inserts the photos into the appropriate template according to the number of photos that were selected. |

4

| | |
|---|---|
| | 2. Choose **up to nine photos** to be included in your collage. To **add multiple items at once**, tap and hold your finger on the first photo until the check appears on it. Then drag your finger to include as many pictures as you want. You can tap a selected photo to **remove** it from your selection. Click **Create** when you have completed your selection of photos.<br><br>3. You are done. Your collage will open. Once collages are created, Google Photos treats them exactly the same as other photos. They will show up in your photos next to the photos that were used to create it.<br><br>4. You can edit the collage by applying filters, editing the color, light, and saturation of the collage as a whole, or by slapping on a vignette effect. These are the exact same editing options available to all other pictures. Note that you cannot edit individual frames of your collage, only the collage as a whole. Access these editing options by opening the collage in Google Photos and then clicking the pencil icon.<br>[10] |
| wherein the control unit stores the at least one processing target unit image in at least one of the plurality of vacant unit storage areas in accordance with a selected insertion of the at least one processing target unit image, accesses the unit storage areas in a predetermined sequence, and thereby generates a composite image from the unit images. | The control unit stores at least one processing target unit image in at least one of the multiple vacant unit storage areas. This storing is done in accordance with the selected insertion of the at least one processing target unit image. The control unit accesses the unit storage areas in a predetermined sequence to generate a composite image from the unit images.<br><br>For example, the Collage feature inserts the selected images into the vacant unit storage areas of the collage template and saves the resulting image as one composite image that can be saved and later accessed via the Photos App. |

5

| | |
|---|---|
| | 
collage, only the collage as a whole. Access these editing options by opening the collage in Google Photos and then clicking the pencil icon. |
| | [10] |

**Product List:**
Fusion Z (V340U)
Motivate (V341U)
Maestro Plus (V350U), Maestro (U202AA)
Calypso (U318AA)
RADIANT Max (U705AA), RADIANT Core (ATTU304AA)
AXIA (QS5509A)

**References:**

[1] How to create collages, animations, and movies in Google Photos
https://www.androidcentral.com/how-create-collages-animations-and-movies-google-photos

[2] Fusion Z (V340U)
https://www.att.com/device-support/article/wireless/KM1420466/ATT/ATTV340U

[3] Motivate (V341U)
https://www.att.com/device-support/article/wireless/KM1424380/ATT/V341U/

[4] Maestro Plus (V350U)
https://www.att.com/device-support/article/wireless/KM1424380/ATT/ATTV350U/

6

[5] Maestro (U202AA)
https://www.att.com/device-support/article/wireless/KM1373535/ATT/U202AA/

[6] Calypso (U318AA)
https://www.att.com/device-support/article/wireless/KM1398439/ATT/ATTU318AA/

[7] RADIANT Max (U705AA)
https://www.att.com/device-support/article/wireless/KM1398275/ATT/ATTU705AA/

[8] RADIANT Core (ATTU304AA)
https://www.att.com/device-support/article/wireless/KM1358361/ATT/ATTU304AA/

[9] AXIA (QS5509A)
https://www.cnet.com/products/at-t-axia-dark-blue-4g-16-gb-gsm-smartphone/

[10] How to Create a Collage with Google Photos
https://www.tech-recipes.com/rx/57525/create-collage-google-photos/

[11] HOW TO CREATE A QUICK AND EASY PHOTO COLLAGE IN GOOGLE PHOTOS
https://katiethecreativelady.com/blog/quick-and-easy-photo-collage-in-google-photos