# Exhibit 9

| AT&T – AT&T Voice Remote with Google Assistant and AT&T Receiver  Infringement of the '867 patent ||
|---|---|
| Claim 1 | Evidence |
| 1. A method of using a first electronic device to operate a second electronic device in real time, while the second device is not physically connected to the first device, and is only intermittently local to the first device, comprising: | The AT&T Voice Remote executing the Google Assistant App performs a method of using a first electronic device to operate a second electronic device in real time, while the second device is not physically connected to the first device, and is only intermittently local to the first device.  For example, the AT&T Voice Remote executing the Google Assistant App supports using Google Assistant to control an AT&T receiver and thereby a television connected to the receiver.  [A] |
| using a first device to (a) obtain visual or | The AT&T Voice Remote executing the Google Assistant App is a first device that (a) obtains auditory information from external to the first device where the |

1

| | |
|---|---|
| auditory information from external to the first device where the information comprises a human-understandable device command directed toward an operation of the second device, (b) manipulate the obtained information, and (c) transmit the manipulated information to a distal computer system; | information comprises a human-understandable device command directed toward an operation of the second device, (b) manipulates the obtained information, and (c) transmits the manipulated information to a distal computer system.<br><br>For example, using the AT&T Voice Remote executing the Google Assistant App a user can give a voice command (e.g. channel change, volume up/down etc.) to control an AT&T receiver. The AT&T Voice Remote receives the voice command, performs sampling and analog to digital conversion, and transmits the command in digital form using data networking protocols to remote Google Assistant servers (via an Internet connected AT&T receiver).<br><br> |

2

[A]



FIGURE 5: RC82V—REMOTE

[B]
For example, the AT&T receiver has an Ethernet port for Internet connectivity and RF interface for communicating with the Voice Remote.

3

## II. HARDWARE INFORMATION

A. Specifications

**AT&T TV Specifications**

[B]

· Relative humidity: 5-85% noncondensing

**Remote Control Support (Built-In Capability)**
- IR Remote Control Interface
- RF Remote Control Interface

**XMP2 Ports and Interfaces**
- OTT Mode - 802.11ac 2.4 GHz or 5 GHz Wi-Fi
- DC Power Input
- HDMI 2.0b / HDCP 2.2 and 1.4
- 1x USB 2.0 Port
- Optical S/PDIF Output Connector
- 10/100 Ethernet port

**TV Compatibility**
- Compatible with HD and 4K TVs with HDMI 2.0 & 1.4, HDCP 2.2, 60 Hz and capable of 4K, 1080p and 3D

[B]

4



[B]
Alternatively, the AT&T receiver can be connected to the Internet via a Wi-Fi connection

5

| | |
|---|---|
| | [C]<br>After the Voice Remote and AT&T receiver have been paired, voice recognition can be used.<br>- Pair your AT&T TV remote and device. Point the remote at your device and press the **FAST FORWARD** and **REWIND** buttons for 2-3 seconds at the same time. When they pair, you'll get a message that your remote is ready to use. Get help with un-pairing or reprogramming your remote.<br>- Didn't choose a wired connection? Select your Wi-Fi network name from from the list of options, then enter your password using the remote. (Press **OK** to display the onscreen keyboard.) Once connected, your device checks for updates and may reboot.<br>- Enter your user ID and password and select **Sign in**. Find your ID or password<br>- Review and accept the Terms & Conditions.<br>- Select or enter the room location where you'll use your AT&T TV device. This will be set as your in-home network.[1]<br>- Enter your Google ID and password, if you have one.<br>[C]<br>- The RC82V Remote Control works in IR and RF mode.<br>  - Basic remote operations can be performed in the IR mode.<br>  - The remote uses two-way communication to the AT&T TV.<br>  - RF mode eliminates the need for the remote and the paired devices to be in line of sight to each other.<br>- The RC82V Remote Control has a directional pad. Basic operations and functions can be made by pressing the direction, then pressing ok.<br>- Once paired, voice recognition is also available with the RC82V Remote Control so you can use voice search.<br>[B] |
| the distal computer system operating as a remote human-to- | The AT&T Google Action enables the distal computer system to operate as a remote human-to-device command translation service provider by using at least a portion of the manipulated information to translate the human-understandable |

6

| | |
|---|---|
| device command translation service provider using at least a portion of the manipulated information to translate the human-understandable device command into a formatted device command executable by the second device; | device command into a formatted device command executable by the second device.<br><br>For example, the AT&T Google Action in conjunction with Google Assistant interprets voice commands and translates them into device commands that are executable by the AT&T receiver.<br><br>How to build<br><br>To connect your device with Google Assistant, you need to build a smart home Action. Assistant handles how users trigger your Action (in multiple languages) and provides you with useful metadata through Home Graph (such as the state of a specific device based on the user's room); all you need to do is respond to the requests through your fulfillment service.<br><br>[D]<br><br>Fulfillment<br><br>Fulfillment is code that is deployed as a webhook that lets you generate dynamic responses for every type of smart home intent. During a user conversation with Google Assistant, fulfillment allows you to use the information extracted by Google's natural language processing to generate dynamic responses or trigger actions on your back-end such as turning on a light.<br><br>Your fulfillment receives requests from Assistant, processes the request and responds. This back-and-forth request and response process drives the conversation forward until you eventually fulfill the initial user request. In most cases, a user would have a simple smart home interaction with Google Assistant such as Hey Google, turn on my light. However, if you implement two-factor authentication, your fulfillment might have to process multiple requests and responses as Google Assistant might ask for a confirmation PIN after a specific user request such as Hey Google, unlock my front door.<br><br>[E] |
| transmitting the formatted device command to the second device; and | The formatted device command is transmitted to the AT&T receiver.<br><br>For example, the formatted device command is transmitted to the AT&T receiver over an Internet connection via data networking protocols (e.g. Internet and Wi-Fi protocols). |

7

| | |
|---|---|
| | Figure 1. A successful developer cloud execution path. |
| | [E] |
| the second device executing the formatted device command having received the formatted device command from the distal computer system, while the | The AT&T receiver executes the formatted device command having received the formatted device command from the distal computer system, while the second device is local to the first device.<br><br>For example, the AT&T receiver performs the voice command formatted as a device command e.g. performing a channel change, or turning on/off the TV. |

8

| | |
|---|---|
| second device is local to the first device. | *Press the Google Assistant button on your remote to start*<br><br>Using your AT&T TV voice remote with Google Assistant, you can:<br><br>• Go to a TV show or channel<br>• Record a movie or TV show<br>• Get info about a movie or TV show, like "What's on TNT?"<br>• Improve your AT&T TV watching experience<br><br>Plus, you can control your smart home devices or manage tasks. You can even ask Google anything—for example, "What sound does a hippo make?"<br><br>[A]<br>Additionally, the AT&T Voice Remote can be used to control other connected smart home devices.<br><br>**Control your smart home devices and default music providers**<br>Use the Google Assistant on AT&T TV to control your connected smart home devices or play music through your default music provider.<br><br>Make sure you also have the Google Home[1] app installed on your mobile device. If not, no worries. Get and download the Google Home app on your phone from Google Play or the Apple App store.<br><br>1. Open the Google Home app on your mobile device and tap **Settings**.<br>2. Add all your smart home devices and default music providers.<br>3. Press the **MIC button** on your TV remote and speak your request.<br><br>[A]<br>The AT&T Voice Remote uses a short-range radio frequency to communicate with the AT&T Receiver. Therefore, the Voice Remote needs to be local to the AT&T receiver for at least that reason, aside from the fact that the user would be trying to control a TV connected to the AT&T receiver while the operating the Voice Remote user is in viewing distance from the TV. The maximum range for UHF communications between the receiver and remote is in the order of a hundred feet. |

9

|  | Further to that, the Voice Remote needs to be within viewing distance of the TV and AT&T Receiver at least during the procedure to pair the Voce Remote and the AT&T Receiver.<br><br>• Pair your AT&T TV remote and device. Point the remote at your device and press the **FAST FORWARD** and **REWIND** buttons for 2-3 seconds at the same time. When they pair, you'll get a message that your remote is ready to use. Get help with un-pairing or reprogramming your remote.<br>• Didn't choose a wired connection? Select your Wi-Fi network name from from the list of options, then enter your password using the remote. (Press **OK** to display the onscreen keyboard.) Once connected, your device checks for updates and may reboot.<br>• Enter your user ID and password and select **Sign in**. Find your ID or password<br>• Review and accept the Terms & Conditions.<br>• Select or enter the room location where you'll use your AT&T TV device. This will be set as your in-home network.[1]<br>• Enter your Google ID and password, if you have one.<br><br>[C]<br><br>• The RC82V Remote Control works in IR and RF mode.<br>   • Basic remote operations can be performed in the IR mode.<br>   • The remote uses two-way communication to the AT&T TV.<br>   • RF mode eliminates the need for the remote and the paired devices to be in line of sight to each other.<br>• The RC82V Remote Control has a directional pad. Basic operations and functions can be made by pressing the direction, then pressing ok.<br>• Once paired, voice recognition is also available with the RC82V Remote Control so you can use voice search.<br><br>[B] |

10

References:

[A] Use Google Assistant with AT&T TV
https://www.att.com/support/article/att-tv/KM1354108/

[B] AT&T TVTM Device and Remote Control User Manual
https://www.att.com/ecms/dam/att/consumer/support/landingpage/userguides/pdf/ATT-TV-Device-Remote-Control-Manual.pdf

[C] Set up your AT&T TV device and remote
https://www.att.com/support/article/att-tv/KM1353532/

[D] Overview
https://developers.google.com/assistant/smarthome/overview

[E] Fulfillment and authentication
https://developers.google.com/assistant/smarthome/concepts/fulfillment-authentication

11